# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: agro | Date Created: 6/8/2020 |
| Case: 20−20670−CMB | Form ID: pdf900 | Total: 22 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| tr | Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| aty | Corey J. Sacca | csacca@bononilaw.com |
| aty | Michael John Clark | pabk@logs.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Matthew R Geyer | 171 Robaugh Road   Connellsville, PA 15425 |
| cr | PRA Receivables Management, LLC | PO Box 41021   Norfolk, VA 23541 |
| cr | LoanCare, LLC, et al | 3637 Sentara Way   Suite 303   Virginia Beach, VA 23452 |
| 15205671 | Aarons | 2106 Summit Ridge Plaza   Mount Pleasant, PA 15666 |
| 15205674 | CBCS | P.O. Box 2724   Columbus, OH 43216 |
| 15205672 | Capital One | Attn: Bankruptcy   Po Box 30285   Salt Lake City, UT 84130 |
| 15205673 | Capital One/Walmart | Attn: Bankruptcy   Po Box 30285   Salt Lake City, UT 84130 |
| 15237323 | Cavalry SPV I, LLC | 500 Summit Lake Drive, Ste 400   Valhalla, NY 10595 |
| 15212310 | Discover Bank | Discover Products Inc   PO Box 3025   New Albany, OH 43054−3025 |
| 15205675 | Discover Financial | Attn: Bankruptcy   Po Box 3025   New Albany, OH 43054 |
| 15205676 | Frick Hospital | 508 S. Church Street   Mount Pleasant, PA 15666 |
| 15205677 | LoanCare LLC | Attn: Consumer Solutions Dept   Po Box 8068   Virginia Beach, VA 23450 |
| 15205678 | OneMain Financial | Attn: Bankruptcy   Po Box 3251   Evansville, IN 47731 |
| 15211257 | Pinnacle Credit Services, LLC | Resurgent Capital Services   PO Box 10587   Greenville, SC 29603−0587 |
| 15205679 | Rent a Center | 5501 Headquarters Dr.   Plano, TX 75024 |
| 15205680 | Southern Ca | 2420 Professional Drive   Rocky Mount, NC 27804 |
| 15206574 | Synchrony Bank | c/o of PRA Receivables Management, LLC   PO Box 41021   Norfolk, VA 23541 |
| 15205681 | UPMC | 2 Hot Metal Street   Pittsburgh, PA 15203 |

TOTAL: 18