IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Matthew R. Geyer<br>　　　　　Debtor(s) | Bankruptcy No. 20-20670-CMB<br><br>Chapter 13<br><br>Related to Document No. 50, 51 |

**CERTIFICATE OF SERVICE OF**
**AMENDED ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT AND LOCAL FORM 12**

　　　　I certify under penalty of perjury that I served the above captioned pleading on the parties listed below on April 21, 2022.

　　　　The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First Class Mail, postage pre-paid to:

　　　　　　Wal-Mart Associates, Inc.
　　　　　　c/o Payroll Coordinator
　　　　　　702 S.W. 8th Stree
　　　　　　Bentonville, AK 72716

　　　　If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:  April 21, 2022

　　　　　　　　　　　　　　　　　　　　 */s/ Corey J. Sacca*
　　　　　　　　　　　　　　　　　　　　Corey J. Sacca, Esquire
　　　　　　　　　　　　　　　　　　　　20 N. Pennsylvania Ave, Suite 201
　　　　　　　　　　　　　　　　　　　　Greensburg, PA  15601-2337
　　　　　　　　　　　　　　　　　　　　csacca@bononilaw.com
　　　　　　　　　　　　　　　　　　　　(724) 832-2499
　　　　　　　　　　　　　　　　　　　　PA ID# 306741

**PAWB Local Form 7 (07/13)**