

# United States Bankruptcy Court

## Western District of Pennsylvania

In re: Matthew R Geyer, Debtor				Case No. 20-20670-CMB

								Chapter 13

**Withdrawal of Claim**

Cavalry SPV I, LLC, through Cavalry Portfolio Services LLC, withdraws its Proof of Claim Number 4 filed on May 1, 2020, for account number 8284 and in the amount of $ 612.00.

				Respectfully submitted,

				By: /s/ Stephen Gordon
				Bankruptcy Specialist
				Cavalry Portfolio Services, LLC
				P.O. Box 4252
				Greenwich, CT 06831
				800-501-0909

				DATE:    11/7/2024