Tuesday, November 12, 2024

**OneMain** Financial.

FILED

2024 DEC 16  A 11: 38

CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

United States Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219


Re: Notice of Satisfaction
    Matthew Geyer
    Account Number: *3376
    Claim # 3
    Case#: 20-20670


The above-mentioned account is paid in full as of 09/30/2024. No further funds can be posted to the account.

If you have any questions concerning this matter, please contact our office at (800) 266-9800.


Thank you,

/s/Alison Johnson
Bankruptcy Support Representative
Centralized Bankruptcy Department
OneMain