### UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Matthew R. Geyer,<br><br>                    Debtor,<br><br>Ronda J. Winnecour,<br><br>                    Movant,<br><br>vs.<br><br>Lakeview Loan Servicing LLC,<br><br>                    Respondent. | Case No.: 20-20670-CMB<br><br><br>Chapter 13 |

### RESPONSE TO NOTICE THAT MORTGAGE CLAIM (COURT CLAIM NO. 5) PREPETITION ARREARAGE HAS BEEN PAID IN FULL

TO: THE CLERK, U.S. BANKRUPTCY COURT:

In response to the Notice that Mortgage Claim (Court Claim No. 5) Prepetition arrearage has been paid in full, filed on January 15, 2025, Lakeview Loan Servicing LLC hereby declares that, as of February 5, 2025, the account has been brought current and is due for the February 1, 2025 payment.

Date: February 5, 2025

Respectfully submitted,

/s/ *Robert Wendt*, Esquire
By: Robert Wendt, Esquire
rwendt@leopoldassociates.com
Attorney ID No. 89150
Leopold & Associates, PLLC
275 Curry Hollow Road, Building 1
Suite 280
Pittsburgh, PA 15236
(914)-219-5787 x490
Attorney for Creditor

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Matthew R. Geyer,<br><br>               Debtor,<br><br>Ronda J. Winnecour,<br><br>               Movant,<br><br>vs.<br><br>Lakeview Loan Servicing LLC,<br><br>               Respondent. | Case No.: 20-20670-CMB<br><br><br>Chapter 13 |

**CERTIFICATE OF SERVICE**

     I, Robert Wendt, attorney for Creditor, do hereby certify that true and correct copies of the foregoing **RESPONSE TO NOTICE THAT MORTGAGE CLAIM (COURT CLAIM NO. 5) PREPETITION ARREARAGE HAS BEEN PAID IN FULL** has been served on February 5, 2025, by first class mail, and/or electronic means upon those listed below:

Matthew R. Geyer
Debtor
171 Robaugh Road
Connellsville, PA 15425

Corey J. Sacca
Bononi & Company
20 North Pennsylvania Ave.
Greensburg, PA 15601

Ronda J. Winnecour
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219               CONTINUED ON NEXT PAGE

U.S. Trustee
Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

Date: February 5, 2025

/s/ *Robert Wendt*, Esquire
By: Robert Wendt, Esquire
rwendt@leopoldassociates.com
Attorney ID No. 89150
Leopold & Associates, PLLC
275 Curry Hollow Road, Building 1
Suite 280
Pittsburgh, PA 15236
(914)-219-5787 x490
Attorney for Creditor