UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  MATTHEW R GEYER<br><br>  Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>            vs.<br>MATTHEW R GEYER<br><br>  Respondents | Case No. 20-20670CMB<br><br>Chapter 13<br><br>Document No. 71 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __12th__ day of __February__, 20__25__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Wal-Mart Stores Inc*
Attn: Payroll Manager
Pob 82*
Bentonville, AR 72712-

is hereby ordered to immediately terminate the attachment of the wages of MATTHEW R GEYER, social security number XXX-XX-9790. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MATTHEW R GEYER.

BY THE COURT:

_Carlota M. Böhm_  glb
Carlota M. Böhm
United States Bankruptcy Judge

cc: Debtor(s)
    Debtor(s) Attorney

SIGNED
2/12/25 10:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 20-20670-CMB
Matthew R Geyer | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Feb 12, 2025      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2025:**

**Recip ID      Recipient Name and Address**
db      + Matthew R Geyer, 171 Robaugh Road, Connellsville, PA 15425-6125

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2025 at the address(es) listed below:**

**Name**      **Email Address**

Christopher A. DeNardo
     on behalf of Creditor LoanCare LLC, et al logsecf@logs.com

Corey J. Sacca
     on behalf of Debtor Matthew R Geyer csacca@bononilaw.com
     coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com

Denise Carlon
     on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com

Denise Carlon
     on behalf of Creditor Community Loan Servicing LLC as servicer for Lakeview Loan Servicing, LLC dcarlon@kmllawgroup.com

Michael John Clark
     on behalf of Creditor LoanCare LLC, et al mclark@pincuslaw.com

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Feb 12, 2025 | Form ID: pdf900 | Total Noticed: 1

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert P. Wendt
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC pawb@fedphe.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8