IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    MATTHEW R GEYER

        Debtor(s)

  Ronda J. Winnecour
       Movant
      vs.
  No Repondents.

Case No.:20-20670

Chapter 13

Related to:  Document No. 76

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __14th__ day of __May__, 20_25_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

SIGNED
5/14/25 8:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm*  glb
Carlota M. Böhm
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                                      Case No. 20-20670-CMB

Matthew R Geyer                                                                                         Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                                   User: auto                                                                                        Page 1 of 3

Date Rcvd: May 14, 2025                                          Form ID: pdf900                                                       Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew R Geyer, 171 Robaugh Road, Connellsville, PA 15425-6125 |
| cr | + | LoanCare, LLC, et al, 3637 Sentara Way, Suite 303, Virginia Beach, VA 23452-4262 |
| 15205671 | + | Aarons, 2106 Summit Ridge Plaza, Mount Pleasant, PA 15666-1992 |
| 15205676 | + | Frick Hospital, 508 S. Church Street, Mount Pleasant, PA 15666-1790 |
| 15205680 | + | Southern Ca, 2420 Professional Drive, Rocky Mount, NC 27804-2253 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@cavps.com | May 15 2025 00:08:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| cr | + | Email/Text: RASEBN@raslg.com | May 15 2025 00:07:00 | LAKEVIEW LOAN SERVICING, LLC, 130 CLINTON RD #202, FAIRFIELD, NJ 07004-2927 |
| cr | + | Email/PDF: cbp@omf.com | May 15 2025 00:18:19 | One Main Financial, PO Box 3251, Evansville, IN 47731-3251 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 15 2025 00:31:21 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15205674 | ^ | MEBN | May 15 2025 00:06:48 | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15205672 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 15 2025 00:58:13 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15205673 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 15 2025 00:18:52 | Capital One/Walmart, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15237323 | + | Email/Text: bankruptcy@cavps.com | May 15 2025 00:08:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15464012 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 15 2025 00:07:00 | Community Loan Servicing, LLC, et al., 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 15212310 | | Email/Text: mrdiscen@discover.com | May 15 2025 00:07:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15205675 | + | Email/Text: mrdiscen@discover.com | May 15 2025 00:07:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15528769 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 15 2025 00:07:00 | Lakeview Loan Servicing, LLC, C/O RightPath Servicing, PO BOX 619096, Dallas, TX 75261-9096 |
| 15706176 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 15 2025 00:07:00 | Lakeview Loan Servicing, LLC, c/o Rushmore Servicing, PO BOX 619096, Dallas, TX 75261-9096 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15277016 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | May 15 2025 00:07:00 | Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15205677 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | May 15 2025 00:07:00 | LoanCare LLC, Attn: Consumer Solutions Dept, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 15205678 | + | Email/PDF: cbp@omf.com | May 15 2025 00:18:38 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15211257 | | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2025 00:17:44 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15205679 | + | Email/Text: bankruptcy@rentacenter.com | May 15 2025 00:09:00 | Rent a Center, 5501 Headquarters Dr., Plano, TX 75024-5845 |
| 15206574 | ^ | MEBN | May 15 2025 00:07:09 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15205681 | + | Email/Text: BankruptcyNotice@upmc.edu | May 15 2025 00:08:00 | UPMC, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | | Community Loan Servicing, LLC as servicer for Lake |
| cr | * | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 16, 2025       Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher A. DeNardo | on behalf of Creditor LoanCare LLC, et al logsecf@logs.com |
| Corey J. Sacca | on behalf of Debtor Matthew R Geyer csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: May 14, 2025 | Form ID: pdf900 | Total Noticed: 25 |

Denise Carlon
    on behalf of Creditor Community Loan Servicing  LLC as servicer for Lakeview Loan Servicing, LLC dcarlon@kmllawgroup.com

Michael John Clark
    on behalf of Creditor LoanCare  LLC, et al mclark@pincuslaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert P. Wendt
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC pawb@fedphe.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8