**Fill in this information to identify the case:**

Debtor 1    Matthew R. Geyer

Debtor 2

United States Bankruptcy Court for the WESTERN District of Pennsylvania

Case number   20-20670 CMB

---

Official Form 410S1

# Notice of Mortgage Payment Change                                12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Lakeview Loan Servicing, LLC            **Court claim no.** (if known): 5-1

**Last 4 digits** of any number you use to identify the debtor's account: 9410

**Date of payment change:**
Must be at least 21 days after date of this notice            05/01/2022

**New total payment:**            $497.57
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $260.97*            New escrow payment: $ 194.09

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%            New interest rate: _____%

   Current principal and interest payment: $_____            New principal and interest payment: $_____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____            New mortgage payment: $_____

| Debtor(s) | Matthew R. Geyer | Case number (*if known*) 20-20670 CMB |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Brian C. Nicholas             Date March 23, 2023
    Signature

Print:    Brian C. Nicholas    ATT ID: 317240             Title   Attorney for Creditor
          First Name    Middle Name    Last Name

Company   KML Law Group, P.C.

Address   701    Market Street, Suite 5000
          Number    Street
          Philadelphia,                    PA    19106
          City                             State    ZIP Code

Contact phone   (215) 627–1322       Email   bnicholas@kmllawgroup.com

---

*Please note the Present Payment in the amount of $260.97 referenced in the Escrow Account Disclosure Statement attached to this Notice of Mortgage Payment Change is the payment the Debtor is contractually due for under the terms of the mortgage. However, the Debtor's current post-petition payment amount prior to the payment change reflected in this notice is $296.90 as set forth in the Notice of Mortgage Payment Change filed on 04/08/2022.